CCA # 13-13-00126-CR

OFFENSE: Aggravated Sexual Assault

STYLE: JULIAN HOMERO VEGA v. THE STATE OF TEXAS

COUNTY: Hidalgo

TRIAL COURT: 332nd District Court
TRIAL COURT #: CR-1438-12-F
TRIAL COURT JUDGE: Hon. Mario Efrain Ramirez Jr.
DISPOSITION: AFFIRMED
DATE: July 24, 2014
JUSTICE: Gina M. Benavides   PC ___ S __X__
PUBLISH: _____                    DNP: ___X____

APPELLANT'S MOTION
FOR REHEARING WAS: DENIED

DATE: July 24, 2014
JUDGE: Gina M. Benavides

CLK RECORD: _____X_____
RPT RECORD: _____X_____
STATE BR: _____X_____
APP BR: _____X_____

SUPP CLK RECORD _____X_____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # _____

----------------------

__APPELLANT'S__ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
__REFUSED__
DATE: __04/01/2015__
JUDGE: __Per Curiam__

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____

Vol. 1 of 2